IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JENNIFER C. D.,
    Plaintiff,

v.                                                 Civil Action No. 3:21cv280

KILOLO KIJAKAZI,
    Acting Commissioner of Social Security.

## ORDER

For the reasons set forth in the accompanying Opinion, and finding no error in the Magistrate Judge's Report and Recommendation, the Court ORDERS as follows:

1. The Court OVERRULES the plaintiff's objections to the Report and Recommendation of the Magistrate Judge, (ECF No. 23);

2. The Court ADOPTS the Report and Recommendation of the Magistrate Judge based on the reasoning of the Report and Recommendation, (ECF No. 22);

3. The Court DENIES the plaintiff's Motion for Summary Judgment, (ECF No. 18);

4. The Court GRANTS the Commissioner's Motion for Summary Judgment, (ECF No. 20);

5. The Court AFFIRMS the Commissioner's decision denying benefits to the plaintiff; and

6. The Court DIRECTS the Clerk to close the case.

The Court declines to hold a hearing because the parties have adequately briefed the issues and oral argument would not materially aid the decisional process.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 15 September 2022
Richmond, VA